UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THEODORE C. BEAUFRAND,

    Plaintiff,

    v.                                          Case No. 25-CV-1236

WISCONSIN DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

---

## ORDER

---

    Plaintiff Theodore C. Beaufrand is currently incarcerated at the Milwaukee Secure Detention Facility and representing himself. On October 31, 2025, the Court screened the complaint and concluded that Plaintiff failed to state a claim upon which relief could be granted. Dkt. No. 8. The Court gave Plaintiff an opportunity to file an amended complaint by December 1, 2025. The Court warned Plaintiff that if he did not file an amended complaint by the deadline, the Court would dismiss this action. The deadline has passed, and Plaintiff did not file an amended complaint or inform the Court of any reason preventing him from doing so.

    **IT IS THEREFORE ORDERED** that, for the reasons explained in the screening order (Dkt. No. 8), this action is **DISMISSED** under 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1) because the complaint fails to state a claim. The Clerk of Court shall document that this inmate has incurred a "strike" under 28 U.S.C. §1915(g) and shall enter judgment accordingly.

    Dated at Green Bay, Wisconsin on December 8, 2025.

                                                                s/ *Byron B. Conway*
                                                                BYRON B. CONWAY
                                                                United States District Judge