UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

THEODORE C. BEAUFRAND,

    Plaintiff,

    v.    Case No. 25-CV-1236

WISCONSIN DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

---

## ORDER

---

Plaintiff Theodore C. Beaufrand filed a complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. On October 31, 2025, the Court screened the complaint and concluded that Plaintiff failed to state a claim upon which relief could be granted. Dkt. No. 8. The Court gave Plaintiff an opportunity to file an amended complaint by December 1, 2025. Plaintiff failed to file an amended complaint by the deadline or inform the Court of any reason preventing him from doing so. As a result, the Court dismissed the case on December 8, 2025, because the complaint failed to state a claim upon which relief could be granted. Dkt. No. 9.

This matter comes before the Court on Plaintiff's motion for reconsideration of the Court's December 8, 2025 order dismissing the case. Plaintiff explains that he never received the Court's October 31, 2025 screening order directing him to file an amended complaint. For good cause shown, the Court will grant the motion for reconsideration and reopen the matter. Plaintiff must file an amended complaint by February 11, 2026.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for reconsideration (Dkt. No. 12) is **GRANTED**. The dismissal order and judgment entered on December 8, 2025, are

**VACATED**.  Plaintiff must file an amended complaint by **February 11, 2026**.  If Plaintiff files an amended complaint, the Court will screen it as required by 28 U.S.C. § 1915A.  If Plaintiff does not file an amended complaint, the Court will dismiss this case.  The Clerk is directed to send Plaintiff a copy of the Court's October 31, 2025 screening order (Dkt. No. 8).

Dated at Green Bay, Wisconsin on January 13, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge